No. 94–1681. BLUE CROSS & BLUE SHIELD ASSN. *v.* HUBBARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1686. SGS CONTROL SERVICES, INC. *v.* INTERNATIONAL ORE & FERTILIZER CORP. C. A. 2d Cir. Certiorari denied.

No. 94–1735. SAVOY *v.* CASCADE COUNTY SHERIFF'S DEPARTMENT ET AL. Sup. Ct. Mont. Certiorari denied.

No. 94–1748. LUKER *v.* AKRO CORP. C. A. Fed. Cir. Certiorari denied.

No. 94–1761. IN RE HUDNALL. Sup. Ct. Ga. Certiorari denied.

No. 94–1776. NORTH ROCKLAND CENTRAL SCHOOL DISTRICT *v.* CONSOLIDATED RAIL CORPORATION;
No. 94–1787. ERIE COUNTY *v.* CONSOLIDATED RAIL CORPORATION; and
No. 94–1789. NEW YORK STATE BOARD OF EQUALIZATION AND ASSESSMENT ET AL. *v.* CONSOLIDATED RAIL CORPORATION. C. A. 2d Cir. Certiorari denied.

No. 94–1791. FREDERICKS *v.* WRIGHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1828. LONGFELLOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–1839. WARSHAY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 94–1855. GREEN *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 94–7872. COLEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7904. FERO *v.* KERBY. C. A. 10th Cir. Certiorari denied.